UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
FEB 19 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**KEITH DOUGLAS PHILLIPS**

INDICTMENT

NO. 3:25CR26RGJ
18 U.S.C. § 641
18 U.S.C. § 1001

The Grand Jury charges:

## COUNT 1
*(Theft of Government Funds)*

On or about and between November 23, 2022, and November 1, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, defendant herein, **KEITH DOUGLAS PHILLIPS**, aided and abetted by others known and unknown to the Grand Jury, stole, purloined, and knowingly converted to his own use and the use of another a thing of value of the United States and any department of the United States, to wit: **KEITH DOUGLAS PHILLIPS** filed an application for an apartment at Shalom Towers in Louisville on November 23, 2022, and claimed that he resided at 1606 Greyling Drive, Apartment 8, Louisville, Kentucky, when in fact he was in the custody of the Bureau of Prisons and the United States Marshal Service between April 6, 2022, and November 1, 2024, which enabled him to subsequently receive over $1,000 in Housing and Urban Development (HUD) benefit payments and overpayments which he was ineligible to receive.

In violation of Title 18, United States Code, Section 641.

The Grand Jury further charges:

## COUNT 2
*(False Statements)*

On or about November 23, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, defendant herein, **KEITH DOUGLAS PHILLIPS**, in a matter within the jurisdiction of the executive branch of the United States government, made a materially false, fictitious and fraudulent statement, to wit: in a November 23, 2022 application for an apartment at Shalom Towers that was used to determine eligibility for Housing and Urban Development (HUD) benefits, **KEITH DOUGLAS PHILLIPS** claimed that he resided at 1606 Greyling Drive, Apartment 8, Louisville, Kentucky, when in fact he was in custody of the Bureau of Prisons, living at Dismas Charities, 124 West Oak Street, Louisville, Kentucky, which enabled him to subsequently receive HUD benefit payments and overpayments which he was ineligible to receive.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬

_Michael A. Bennett_ (signature)

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:DW:km:02/19/2025

UNITED STATES OF AMERICA v. **KEITH DOUGLAS PHILLIPS**

## PENALTIES

Count 1:    NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2:    NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

**SPECIAL ASSESSMENTS**

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | $25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|---|
|  |  | $125 per count/other |  | $400 per count/other |

**FINES**

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

**RESTITUTION**

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.